1  LAW OFFICES OF GAVIN M. HUGHES
   GAVIN M. HUGHES State Bar #242119
2  ROBERT A. MAYVILLE, JR. State Bar #311069
3  3436 American River Drive, Suite 10
   Sacramento, CA  95864
4  Telephone: (916) 900-8022
   E-mail: gavin@hughesdealerlaw.com
5
   Attorneys for Defendant
6  Courtesy Automotive Group, Inc., dba
7  Courtesy Subaru of Chico

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBARU OF AMERICA, INC., | Case No.: 2:18-CV-02778-KJM-KJN |
| Plaintiff, | **FOURTH JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER** |
| v. | |
| COURTESY AUTOMOTIVE GROUP, INC., | |
| Defendant. | |

Defendant, Courtesy Automotive Group, Inc., dba Courtesy Subaru of Chico, and Plaintiff, Subaru of America, Inc., stipulate and agree to extend the Defendant's deadline for filing a responsive pleading to Plaintiff's Complaint by 12 days.  Pursuant to Federal Rule 6 and Local Rule 144(a), on or about October 30, 2018 the parties previously submitted a joint stipulation extending the deadline for Defendant to respond to the complaint to December 4, 2018.  The parties then filed a second joint stipulation with approval of the court extending the deadline to respond to January 3, 2019.  Most recently, the parties filed a third joint stipulation with approval of the court extending the deadline to respond to January 15, 2019.

-1-
FOURTH JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSE
TO PLAINTIFF'S COMPLAINT; ORDER

1    Defendant, Courtesy Automotive Group, Inc., dba Courtesy Subaru of Chico, and Plaintiff,
2 Subaru of America, Inc., stipulate and agree to extend the Defendant's deadline for filing a responsive
3 pleading to Plaintiff's Complaint by 30 days to February 14, 2019. Pursuant to Federal Rule 6 and Local
4 Rule 144(a), the parties have previously filed joint stipulations extending the deadline for Defendant to
5 respond.

6    Pursuant to Federal Rule 6 and Local Rule 144(a), Plaintiff and Defendant request Court approval
7 for this additional extension of time for Defendant to answer Plaintiff's complaint. Since the parties'
8 December 27, 2018, pleading, Plaintiff and Defendant have exchanged comments on drafts of a
9 settlement agreement. A second draft of the settlement agreement has been provided to SOA
10 representatives, and the parties are confident this matter will settle if provided additional time.

11   Defendant's responsive pleading is currently due on January 15, 2019, and this stipulation will
12 extend Defendant's deadline for filing a responsive pleading to February 14, 2019. Plaintiff and
13 Defendant respectfully request the court approve this joint stipulation extending Defendant's deadline
14 to file a responsive pleading to Plaintiff's complaint to February 14, 2019.

15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATED AND AGREED TO:

Dated: January 12, 2019                    LAW OFFICES OF
                                            GAVIN M. HUGHES


                                            By /s/ Robert A. Mayville, Jr.
                                            Gavin M. Hughes
                                            Robert A. Mayville, Jr.
                                            Attorneys for Defendant


Dated: January 12, 2019                    Nelson Mullins Riley & Scarborough LLP


                                            By /s/ Lisa M. Gibson
                                            (as authorized on 1/12/19)
                                            Lisa M. Gibson
                                            Crispin Collins
                                            Attorneys for Plaintiff


**IT IS SO ORDERED.**

DATED: January 14, 2019.

                                            _____
                                            UNITED STATES DISTRICT JUDGE