1   LAW OFFICES OF GAVIN M. HUGHES
    GAVIN M. HUGHES State Bar #242119
2   ROBERT A. MAYVILLE, JR. State Bar #311069
3   3436 American River Drive, Suite 10
    Sacramento, CA 95864
4   Telephone: (916) 900-8022
    E-mail: gavin@hughesdealerlaw.com
5
6   Attorneys for Defendant
    Courtesy Automotive Group, Inc., dba
7   Courtesy Subaru of Chico

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  SUBARU OF AMERICA, INC.,              Case No.: 2:18-CV-02778-KJM-KJN

12                                        FIFTH JOINT STIPULATION
13              Plaintiff,                EXTENDING TIME FOR DEFENDANT
                                          TO FILE A RESPONSE TO PLAINTIFF'S
14       v.                               COMPLAINT; ORDER

15  COURTESY AUTOMOTIVE GROUP, INC.,

16              Defendant.

17

18

19

20

21

22

23

24       Defendant, Courtesy Automotive Group, Inc., dba Courtesy Subaru of Chico, and Plaintiff,

25  Subaru of America, Inc., stipulate and agree to extend the Defendant's deadline for filing a responsive

26  pleading to Plaintiff's Complaint by 14 days. Pursuant to Federal Rule 6 and Local Rule 144(a), most

27  recently, the parties filed a fourth joint stipulation with approval of the court extending the deadline for

28  Defendant to respond to the complaint to February 14, 2019.

FIFTH JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSE
TO PLAINTIFF'S COMPLAINT; ORDER

1      Pursuant to Federal Rule 6 and Local Rule 144(a), Plaintiff and Defendant request Court approval

2   for this additional extension of time for Defendant to answer Plaintiff's complaint.  Since the parties'

3   January 12, 2019, pleading, Plaintiff and Defendant have agreed to the general framework of a settlement

4   agreement between the parties.  Additional time will permit the parties to finalize the settlement,

5   including finalizing relevant dates, determining deadlines, and obtaining signatures for the agreement.

6      Defendant's responsive pleading is currently due on February 14, 2019, and this stipulation will

7   extend Defendant's deadline for filing a responsive pleading to February 28, 2019.  Plaintiff and

8   Defendant respectfully request the court approve this joint stipulation extending Defendant's deadline

9   to file a responsive pleading to Plaintiff's complaint to February 28, 2019.  The parties anticipate this

10  additional time will ultimately lead to final resolution of this case.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

FIFTH JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSE
TO PLAINTIFF'S COMPLAINT; ORDER

STIPULATED AND AGREED TO:

Dated:  February 13, 2019                    LAW OFFICES OF
                                             GAVIN M. HUGHES


By   /s/ Robert A. Mayville, Jr.
Gavin M. Hughes
Robert A. Mayville, Jr.
Attorneys for Defendant


Dated: February 13, 2019                     Nelson Mullins Riley & Scarborough LLP


By   /s/ Lisa M. Gibson
Lisa M. Gibson
Crispin Collins
Attorneys for Plaintiff


**IT IS SO ORDERED.**

Defendant's responsive pleading is now due February 28, 2019.  The initial scheduling conference set for February 28, 2019 is VACATED and RESET for April 11, 2019 at 2:30 p.m. with a joint status report due seven (7) days prior.

DATED:  February 19, 2019.


_____
UNITED STATES DISTRICT JUDGE

FIFTH JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER