1    LAW OFFICES OF GAVIN M. HUGHES
     GAVIN M. HUGHES State Bar #242119
2    ROBERT A. MAYVILLE, JR. State Bar #311069
3    3436 American River Drive, Suite 10
     Sacramento, CA 95864
4    Telephone: (916) 900-8022
     E-mail: gavin@hughesdealerlaw.com
5
6    Attorneys for Defendant
     Courtesy Automotive Group, Inc., dba
7    Courtesy Subaru of Chico

8                    UNITED STATES DISTRICT COURT
9
                     EASTERN DISTRICT OF CALIFORNIA
10

11   SUBARU OF AMERICA, INC.,              Case No.: 2:18-CV-02778-KJM-KJN

12                                         SIXTH JOINT STIPULATION
                                           EXTENDING TIME FOR DEFENDANT
13              Plaintiff,                 TO FILE A RESPONSE TO PLAINTIFF'S
                                           COMPLAINT; ORDER
14        v.

15   COURTESY AUTOMOTIVE GROUP, INC.,

16              Defendant.

17

18

19          Defendant, Courtesy Automotive Group, Inc., dba Courtesy Subaru of Chico, and Plaintiff,

20   Subaru of America, Inc., stipulate and agree to extend the Defendant's deadline for filing a responsive

21   pleading to Plaintiff's Complaint by 14 days. Pursuant to Federal Rule 6 and Local Rule 144(a), on or

22   about October 30, 2018 the parties previously submitted a joint stipulation extending the deadline for

23   Defendant to respond to the complaint to December 4, 2018. The parties then filed a second joint

24   stipulation with approval of the court extending the deadline to respond to January 3, 2019, a third joint

25   stipulation with approval of the court extending the deadline to respond to January 15, 2019, a fourth

26   joint stipulation with approval of the court extending the deadline to respond to respond to February 14,

27   2019. Most recently, the parties filed a fifth joint stipulation with approval of the court extending the

28   deadline for Defendant to respond to the complaint to February 28, 2019

SIXTH JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSE
TO PLAINTIFF'S COMPLAINT; ORDER

Pursuant to Federal Rule 6 and Local Rule 144(a), Plaintiff and Defendant request Court approval for this additional extension of time for Defendant to answer Plaintiff's complaint. Since the parties' February 28, 2019, pleading, Plaintiff and Defendant are still attempting to finalize the settlement agreement. The prior redline Defendant submitted to Plaintiff is undergoing review by Plaintiff. Although Plaintiff anticipates providing its response shortly, the parties anticipate additional time will allow the parties to finalize the settlement and obtain signatures.

Defendant's responsive pleading is currently due on February 28, 2019, and this stipulation will extend Defendant's deadline for filing a responsive pleading to March 14, 2019. Plaintiff and Defendant respectfully request the court approve this joint stipulation extending Defendant's deadline to file a responsive pleading to Plaintiff's complaint to March 14, 2019. The parties anticipate this additional time will ultimately lead to final resolution of this case.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

SIXTH JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT; ORDER

STIPULATED AND AGREED TO:

Dated:  February 26, 2019

LAW OFFICES OF
GAVIN M. HUGHES


By   /s/ Robert A. Mayville, Jr.
Gavin M. Hughes
Robert A. Mayville, Jr.
Attorneys for Defendant


Dated: February 26, 2019

Nelson Mullins Riley & Scarborough LLP


By   /s/ Lisa M. Gibson
Lisa M. Gibson
Crispin Collins
Attorneys for Plaintiff


**IT IS SO ORDERED**

DATED:  February 28, 2019.


UNITED STATES DISTRICT JUDGE

SIXTH JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE A RESPONSE
TO PLAINTIFF'S COMPLAINT; ORDER